## In re WILLIAMS' ESTATE.

### No. 18,247; March 3, 1894.

#### 36 Pac. 6.

**Appeal—Dismissal—Striking Out Record.**—A motion to dismiss appeals involving an inquiry into the merits will not be considered.[1]

**A Motion to Strike from the Records a Certain Order and Findings** will not be considered until final hearing.

APPEAL from Superior Court, Sacramento County; Matt. F. Johnson, Judge.

Motions by respondents to dismiss appeals and strike matter from record.   Denied.

Johnson, Johnson & Johnson for appellants; McKune & George and L. T. Hatfield for respondents.

PER CURIAM.—The respondents have moved to dismiss the appeals in this case upon the ground that the appellants are not persons aggrieved by the order and decree appealed from.   The determination of this motion involves an inquiry as to the merits of the case, and must, for that reason, be denied at this time.

Respondents have also moved to strike from the transcript and disregard a certain order and additional finding made July 29, 1893, on the ground that the same is not part of the record.   The motion is premature.   The question attempted

---

[1] Cited with approval in Estate of Sharp, 10 Cal. App. 3, 100 Pac. 1071, where its principle is applied to a motion to dismiss the appeal of a case the whole question in which hinges on whether the court below had jurisdiction or not and its determination would involve the merits.

to be presented by the motion is one which, if necessary to the decision of the case, will be considered in the final decision of the case. This motion will therefore be denied. The application to amend the record, in accordance with the certificate of the clerk accompanying the application, is granted.